

Thursday, April 23, 2015

No. 15–0327/AR.  U.S. v. Ansel R. Manning.  CCA 20130142.  On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.*

Monday, April 27, 2015

* It is directed that the promulgating order be corrected regarding the plea and finding of Specification 3 of Charge IV by replacing the phrase "Not guilty, but Guilty of a violation of Article 134" with the phrase "Not guilty, but Guilty of knowing receipt of stolen property, in violation of Article 134."

No. 15–0387/CG.   U.S. v. Christopher S. Cooley.   CCA 1389.   On consideration of the motion to supplement the joint appendix, it is ordered that said motion is hereby granted.

No. 15–0509/AR.   U.S. v. Kevin L. Kindle.   CCA 20120954.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 13, 2015.

No. 15–0510/MC.   U.S. v. Monifa J. Sterling.   CCA 201400150.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 14, 2015.

Tuesday, April 28, 2015

